NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES A. SCHWARTZ,                    )
                                      )
          Petitioner,                 )
                                      )
v.                                    )          Case No. 2D18-2260
                                      )
MORTON PLANT HOSPITAL                 )
ASSOCIATION, INC.,                    )
                                      )
          Respondent.                 )
                                      )
_____)

Opinion filed February 1, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Pinellas County; George Jirotka,
Judge.

¡James A. Schwartz, pro se.

Simone Marstiller of Gunster, Yoakley &
Stewart, P.A., Tampa (withdrew after
briefing); Mark J. Ragusa of Gunster,
Yoakley & Stewart, P.A., for Respondent.


PER CURIAM.


          Denied.


LaROSE, C.J., and CASANUEVA and MORRIS, JJ., Concur.